**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CALIFORNIA STATE GRANGE,
Plaintiff,
v.
ACE FIRE UNDERWRITERS INS. CO.,
Defendant.

Case No. CV 25-8616-DMG (AYPx)

**JUDGMENT**

The Court having granted Defendant Ace Fire Underwriters Insurance Company's motion to dismiss by Order dated August 20, 2026,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant Ace Fire Underwriters Insurance Company and against Plaintiff California State Grange and that this action is dismissed with prejudice.

DATED: August 20, 2026

Dolly M. Gee
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE